JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND, | Case No. CV 24-9834 FMO (MARx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FIRESTONED, <u>et al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge